IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS LANE, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 13-00491-KD-N |
| | ) | |
| JUDGE JOSEPH S. JOHNSTON, | ) | |
|    Defendant. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 14) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 12, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice** as frivolous, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall issue by separate document.

**DONE** and **ORDERED** this the **13th** day of **March 2014**.

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**